[ ] AMENDED

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

In re:      (1)    **CYNTHIA LLOYD**                                             Case No. 19-10332

(2)

Debtor(s).                                                                        Chapter 13

# CHAPTER 13 PLAN

**ADDRESS:**    (1)    150 LILY POND LANE
MARTIN, TN  38237

**PLAN PAYMENT:**

DEBTOR (1) shall pay $ **295.00 PER MONTH**

( ) PAYROLL DEDUCTION from:                                **OR  (X) DIRECT PAY**

DEBTOR (2) shall pay $

( ) PAYROLL DEDUCTION from:                                **OR  ( ) DIRECT PAY**

1. **THIS PLAN [Rule 3015.1 Notice]:**

    (A)   CONTAINS A NON-STANDARD PROVISION.  [See Plan Provision #19]         ( ) **YES  ( X ) NO**

    (B)   LIMITS THE AMOUNT OF A SECURED CLAIM BASED ON A VALUATION OF         ( ) **YES  ( X ) NO**
          THE COLLATERAL FOR THE CLAIM.  [See Plan Provision #7 and #8]

    (C)   AVOIDS A SECURITY INTEREST OR LIEN.  [See Plan Provision #12]        ( ) **YES  ( X ) NO**

2. **ADMINISTRATIVE EXPENSES:** Pay filing fee and Debtor(s)' Attorney Fee pursuant to Confirmation Order.

3. **AUTO INSURANCE:**  ( ) Included in Plan; **OR** ( X ) Not included in Plan; Debtor(s) to provide proof of insurance at Section 341 Meeting of Creditors.

4. **DOMESTIC SUPPORT:** Paid by: ( ) Debtor(s) directly, ( ) Wage Assignment, **OR** ( ) Trustee to**:**    **Monthly Plan Payment**

    NONE                         Ongoing Payment Begins:                       $
                                 Approximate Arrearage:                        $

5. **PRIORITY CLAIMS:**

    NONE                              Amount:                                  $

6. **HOME MORTGAGE CLAIMS:** ( ) Paid Directly by Debtor(s); **OR** ( ) Paid by Trustee to:

    SHELLPOINT MORTGAGE     Ongoing Payment to be Paid directly to Shellpoint Mortgage    $0.00
    (Residence at 150 Lily Pond)   **BEGINNING APRIL, 2019**

    SHELLPOINT MORTGAGE     APPROXIMATE ARREARAGES **THROUGH AND INCLUDING**
    (Residence at 150 Lily Pond)   **MARCH, 2019;  $11,227**                             $190.00

7. **SECURED CLAIMS:**

    [Retain Lien 11 U.S.C. Sec. 1325 (a)(5)]     Value of Collateral:    Rate of Interest:    **Monthly Plan Payment**

    NONE                                                                                     $
                                                                                             $

In Re CYNTHIA LLOYD
Page # 2 of Plan

8. **SECURED AUTOMOBILE CLAIMS FOR DEBT INCURRED WITHIN 910 DAYS OF FILING, AND OTHER SECURED CLAIMS FOR DEBT INCURRED WITHIN ONE YEAR OF FILING:**

   [Retain Lien 11 U.S.C. Sec. 1325(a)]   Value of Collateral     Rate of Interest:     **Monthly Plan Payment**

   ALLY FINANCIAL
   (2016 GMC Terrain)    To Be Paid Outside of Plan by Co-Signor     $0.00

9. **SECURED CLAIMS FOR WHICH COLLATERAL WILL BE SURRENDERED; STAY IS TERMINATED UPON CONFIRMATION FOR THE LIMITED PURPOSE OF GAINING POSSESSION AND COMMERCIALLY REASONABLE DISPOSAL OF COLLATERAL:**

   NONE                    Collateral:
                           Collateral:

10. **SPECIAL CLASS UNSECURED CLAIMS:**

    Amount:     Rate of Interest:     **Monthly Plan Payment**

    NONE                                    $
                                            $

11. **STUDENT LOAN CLAIMS AND OTHER LONG TERM CLAIMS**

    US DEPT OF EDUCATION; $75,000     (X) Not provided for  **OR**  ( ) General unsecured creditor
    ECMC; $30,000                     (X) Not provided for  **OR**  ( ) General unsecured creditor

12. **THE JUDICIAL LIENS OR NON-POSSESSORY, NON-PURCHASE MONEY SECURITY INTEREST(S) HELD BY THE FOLLOWING CREDITORS ARE AVOIDED TO THE EXTENT ALLOWABLE PURSUANT TO 11 U.S.C. Sec. 522(f):**

13. **ABSENT A SPECIFIC COURT ORDER OTHERWISE, ALL TIMELY FILED CLAIMS, OTHER THAN THOSE SPECIFICALLY PROVIDED FOR ABOVE, SHALL BE PAID AS GENERAL UNSECURED CLAIMS.**

14. **ESTIMATED TOTAL GENERAL UNSECURED CLAIMS**: $7,000

15. **THE PERCENTAGE TO BE PAID WITH RESPECT TO NON-PRIORITY, GENERAL UNSECURED CLAIMS IS:**

    ( ) 10%, **OR**

    ( X ) THE TRUSTEE SHALL DETERMINE THE PERCENTAGE TO BE PAID AFTER THE PASSING OF THE FINAL BAR DATE.

16. **THIS PLAN ASSUMES OR REJECTS THE FOLLOWING EXECUTORY CONTRACTS:**

    NONE                                ( ) Assumes **OR** ( ) Rejects.
                                        ( ) Assumes **OR** ( ) Rejects.

17. **COMPLETION:** Plan shall be completed upon payment of the above in approximately **60** months.

18. **FAILURE TO TIMELY FILE A WRITTEN OBJECTION TO CONFIRMATION SHALL BE DEEMED AN ACCEPTANCE OF THE PLAN**

19. **NON-STANDARD PROVISION(S):**

    NONE

    **ANY NON-STANDARD PROVISIONS STATED ELSEWHERE ARE VOID.**

20. **CERTIFICATION: THIS PLAN CONTAINS NO NON-STANDARD PROVISIONS EXCEPT THOSE STATED IN PROVISION 19.**

    /s/ Brad George (TN #17994)                **DATE:** February 13, 2019
    Counsel for Debtor(s)
    2400 Poplar Avenue #460
    Memphis, TN  38112
    (901) 323-1311